rari, 377 U. S. 989, to the United States Court of Appeals for the District of Columbia Circuit.) The motion of Marvin M. Karpatkin and Melvin L. Wulf for leave to present oral argument, as *amici curiae,* is denied. *Melvin L. Wulf* on the motion.

No. 52. DOMBROWSKI ET AL. *v.* PFISTER, CHAIRMAN, JOINT LEGISLATIVE COMMITTEE ON UN-AMERICAN ACTIVITIES OF THE LOUISIANA LEGISLATURE, ET AL. (Probable jurisdiction noted, 377 U. S. 976.) The motion to dismiss is postponed pending the hearing on the merits. MR. JUSTICE BLACK took no part in the consideration or decision of this motion. *Jack N. Rogers* and *Robert H. Reiter* for appellees on the motion.

No. 73. UNITED STATES *v.* MISSISSIPPI ET AL. Appeal from the United States District Court for the Southern District of Mississippi. (Probable jurisdiction noted, 377 U. S. 988.) The motion of American Civil Liberties Union for leave to file a brief, as *amicus curiae,* is granted. *Francis Biddle, Norman Dorsen* and *Melvin L. Wulf* on the motion. *Joe T. Patterson,* Attorney General of Mississippi, *P. M. Stockett* and *Charles Clark,* Special Assistant Attorneys General, *Dugas Shands,* Assistant Attorney General, and *Aubrey Bell* for appellees, in opposition.

No. 178. FORTSON, SECRETARY OF STATE OF GEORGIA *v.* DORSEY ET AL. Appeal from the United States District Court for the Northern District of Georgia. (Probable jurisdiction noted, *ante,* p. 810.) The joint motion to advance is granted and the case is set for argument on Thursday, December 10, 1964. *Eugene Cook,* Attorney General of Georgia, and *Paul Rodgers,* Assistant Attorney General, for appellant. *Edwin F. Hunt* and *Charles A. Moye, Jr.,* for appellees.